THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JAMES J. SOFIA, Appellant.

Submitted December 9, 1938; decided January 4, 1939.

*Joseph Schottland* for appellant.

*Thomas E. Dewey,* District Attorney (*Ezekiel G. Stoddard* and *William P. Rogers* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.